1

United States District Court
Southern District of Texas
FILED

OCT 06 2009

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-09-1396 |
| | § | |
| JAIME REYES | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about September 2, 2009, in the Southern District of Texas and within the jurisdiction of the Court, Defendant

**JAIME REYES**

previously having pled guilty in Case No. M-09-413 with violating Title 21, Sections 841(a)(1) and 841(a)(1)(B) and Title 18, Section 2 of the United States Code, a felony punishable by imprisonment for a term of 5 years to 40 years, and having been released from custody pursuant to the provisions of Chapter 207, Title 18, United States Code, on the condition that he appear in the United States District Court at McAllen, Texas, in connection with said charges, did knowingly fail to appear as required.

In violation of Title 18, United States Code, Sections 3146(a)(1) and 3146(b)(1)(A)(i).

A TRUE BILL

_____
FOREPERSON

TIM JOHNSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY